FILED
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
514 MAY -2 AM 11:00

Case # 3:13-CV-1230-S

## Answer

From: John Jeff Hull and Becky D. Hull

We deny that we forced Alicia Riggs to do anything against her will.

We deny that we hurt Alicia Riggs in any way.

We deny any threatful encounters or intimidating Alicia Riggs in any way.

We intend to have a lawyer to represent us but cannot afford one. We went to legal aid but were unable to get one. We are still trying to get one.

*John Jeff Hull*
*Becky D. Hull*

We are enclosing a letter from legal aid stating they were unable to help us.

A copy of this letter was mailed to Alicia Riggs lawyer on 5-9-2014 Mr. Colin H. Lindsay



# LEGAL AID SOCIETY

PURSUING JUSTICE. RESTORING HOPE.

RONALD MARSTIN
(502) 614-3117
RMARSTIN@LASLOU.ORG

May 6, 2014

John Hull and Becky Hull
17907 Bradbe Road
Louisville, KY 40023

Dear Mr. and Ms. Hull:

When I went to open a case file on you, a conflict showed up. What this means in general is that assisting you in this matter would bring Legal Aid Society in conflict with a commitment already made to another client. Accordingly, I will not be able to give you even the limited assistance that I thought possible. Sorry. I am returning the copy of the complaint that you left with me. Best wishes.

Sincerely,

Ronald Marstin
Attorney

  LSC

416 W. MUHAMMAD ALI BLVD. I SUITE 300 I LOUISVILLE, KY 40202 I (502) 584-1254 I (800) 292-1862
FAX (502) 584-8014 I WWW.LASLOU.ORG

      

# FIRST CLASS MAIL



Marstin

LEGAL AID SOCIETY

416 W. MUHAMMAD ALI BLVD.
SUITE 300
LOUISVILLE, KY 40202

John Hull and Becky Hull
17907 Bradbe Road
Louisville, KY 40023